**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2427**

H. RICHARD AUSTIN,

    Plaintiff - Appellant,

  v.

DOUGLAS G. PETERSON & ASSOCIATES; STEPHEN HOUGHTON; JIMMY
PAU,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:11-cv-00373-BR)

Submitted:  February 16, 2012  Decided:  February 21, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

H. Richard Austin, Appellant Pro Se.  George L. Goodridge,
CURTISS, CAREY, GATES, GRAVES & GOODRIDGE, LLP, Greenfield,
Massachusetts; Paul Marshall Yoder, WHARTON ALDHIZER & WEAVER,
PLC, Harrisonburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Richard Austin appeals the district court's order dismissing his claims against all defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Austin v. Douglas G. Peterson & Assocs., No. 5:11-cv-00373-BR (E.D.N.C. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED